William L. Haluck, Esq. (SBN 80146)
Matthew B. Golper, Esq. (SBN 275979)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
Phone: (949) 864-3400; Fax: (949) 864-9000
Email: haluck@knchlaw.com; matthew.golper@knchlaw.com

Attorneys for Defendants,
COUNTY OF ORANGE, MYESHIA HAMMOND, JAKE MICHEL, SUSAN HORN, IRMA SALAZAR-ALLEN and MEI PAUW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL RANDALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; MYESHIA HAMMOND, in her personal capacity; JAKE MICHEL, in his personal capacity; SUSAN HORN, in her personal capacity; IRMA SALAZAR-ALLEN, in her personal capacity; MEI PAUW, in his personal capacity; CITY OF HUNTINGTON BEACH; STAN WATANABE, in his personal capacity; DOES 1 - 10 inclusive,<br><br>Defendants. | Case No. SACV 11-01740-CJC (MLGx)<br><br>District Judge, Cormac J. Carney<br>Courtroom 9-B<br><br>**ORDER RE STIPULATION OF DISMISSAL [FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)]**<br><br>Action Date: 11/10/2011<br>Trial Date:   4/30/2013 |

**IT IS HEREBY ORDERED** pursuant to the Stipulation of Dismissal [Federal Rule of Civil Procedure 41(a)(1)] of Plaintiff, JILL RANDALL, through her attorney of record, Shawn McMillan and Defendants, COUNTY OF ORANGE, a public entity; MYESHIA HAMMOND, JAKE MICHEL; SUSAN HORN; IRMA SALAZAR-ALLEN and MEI PAUW, by and through their attorney of record, William L. Haluck, that the above-captioned action, specifically the Complaint

1  against the aforementioned Defendants, is hereby Dismissed with Prejudice
2  pursuant to Federal Rule of Civil Procedure 41(a)(1).
3
4
5  **IT IS SO ORDERED:**
6
7
8  DATED: May 10, 2013          _____
9                                THE HONORABLE CORMAC J. CARNEY
10                               Judge of the United States District Court