# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| JILL RANDALL, an individual,<br><br>        Plaintiff,<br>        vs.<br>COUNTY OF ORANGE; MYESHIA<br>HAMMOND, in her official capacity;<br>JAKE MICHEL, in his official capacity,<br>SUSAN HORN, in her official capacity,<br>IRMA SALAZAR-ALLEN, in her<br>official capacity, MEI PAUW, in his<br>official capacity, CITY OF<br>HUNTINGTON BEACH; STAN<br>WATANABE, in his official capacity,<br>and DOES 1 – 10 Inclusive,<br><br>        Defendants. | Case No.  SACV11-01740 CJC (MLGx)<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

      This action came on for trial on February 10, 2015, in Courtroom 9B of the United States District Court for the Central District of California, the Honorable Cormac J. Carney, United States District Judge, presiding.

      Plaintiff Jill Randall was represented by Robert R. Powell and Shawn A. McMillan.

      Defendants, City of Huntington Beach and Stan Watanabe were represented by Sr. Deputy City Attorney Neal Moore of the City of Huntington Beach.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After the presentation of the evidence, the instructions of the Court, and the arguments of counsel, the case was submitted to the jury. The jury deliberated and, on February 13, 2015, returned to Court with its verdict as follows:

We, the jury in the above-captioned matter, answer the questions submitted to us as follows:

**Question 1:** Has Ms. Randall proven by a preponderance of the evidence her § 1983 claim that Officer Watanabe violated her Fourteenth Amendment right of familial association?

                 Answer: YES _____               NO_X_

If you answered "Yes" to Question No. 1, please answer Question 2. If you answered "No" to Question No. 1, please sign and return this verdict.

**Question 2:** Has Ms. Randall proven by a preponderance of the evidence her § 1983 claim against the City of Huntington Beach based on a failure to train Officer Watanabe?

                 Answer: YES _____               NO_____

After answering Question No. 2, please proceed to answer Question No. 3.

**Question 3:** What is the total amount of damages Ms. Randall suffered as a result of the conduct of these Defendants?

                 $ _____

After answering Question No. 3, please proceed to answer Question No. 4.

**Question 4:** Did Ms. Randall prove by a preponderance of the evidence that Officer Watanabe engaged in the conduct with malice, oppression, or in reckless disregard of Ms. Randall's constitutional rights?

          Answer: YES _____               NO_____

Please sign and date this form, then return it to the Court.

DATED: February 13, 2015

_____/s/_____

PRESIDING JUROR

Pursuant to the jury's verdict finding in favor of Defendants City of Huntington Beach and Stan Watanabe,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Defendants City of Huntington Beach and Stan Watanabe shall have judgment entered in their favor on Plaintiff's claims for violations of Plaintiff's Fourteenth Amendment rights under 42 U.S.C. §1983 and Plaintiff shall take nothing; and,

Defendants City of Huntington Beach and Stan Watanabe shall recover costs of suit as provided by law.

DATED: February 18, 2015

_____

Honorable Cormac J. Carney
U.S. District Court Judge

3